KSC

# ORIGINAL

DAVID M. LOUIE        2162
Attorney General of Hawaii

**LODGED**

NOV 16 2011

8:45 am

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

JOHN M. MOLAY         4994
DENNIS K. FERM        2643
CARON M. INAGAKI      3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone: 808/586-1494
email: john.f.molay@hawaii.gov
email: dennis.k.ferm@hawaii.gov
email: caron.m.inagaki@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 18 2011

at 9 o'clock and 35 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANE DOE, Individually and as Next Friend of JOHN DOE, a minor; et al., | CIVIL NO. 11-00550 DAE/KSC |
| Plaintiffs, | STIPULATION TO APPOINT A MASTER; ORDER |
| vs. | |
| STATE OF HAWAII; SCOTT O'NEAL; SYDNEY DICKERSON; JOHN DOES, 1-10, | |
| Defendants. | |

## STIPULATION TO APPOINT A MASTER

    It is hereby stipulated and agreed by the parties that Riki

May Amano shall serve as the Master in this action.  The parties

agree that the Master shall have the authority to manage and

436124_1.DOC

facilitate; 1) the informal exchange of information concerning liability and damages, 2) discovery, and 3) settlement among the parties and persons not named as parties, but who claim injuries and/or damages as a result of the alleged conduct, acts and/or omissions alleged in this action.

The duties of the Master shall include facilitating the examination, assessment and evaluation of those persons who claim to be injured and/or to have sustained damages, as a result of the conduct, acts and/or omissions alleged in the Complaint.

The parties shall agree on those persons who shall conduct those examinations, assessments and evaluations.  In the event the parties are unable to agree on the person(s) who shall conduct those evaluations and assessments, the Master shall have the authority to determine whether such assessments and/or evaluations shall take place, who shall conduct those examinations, assessments and/or evaluations, and who shall be responsible for payment of reasonable fees and costs necessarily incurred incident to those examinations, evaluations and assessments subject to the further orders of the Court.

Although defendants admit no legal responsibility for the claims alleged in the Complaint or otherwise, it is the intent of the parties by the execution of this stipulation appointing a Master that the legitimate claims of those persons who have been

injured and/or damaged by the acts and/or omissions alleged in the Complaint, be resolved with the minimum of litigation and its consequent expense.  This intent to resolve the claims of the student-Plaintiffs includes the provision of professional mental health services deemed necessary by an agreed upon mental health professional for mental/emotional injuries resulting from acts and/or omissions that could create liability on the part of another party. Nothing in this stipulation shall be construed to limit the parties' rights to have the Plaintiffs-students examined pursuant to Federal Rules of Civil Procedure Rule 35.

DATED: Honolulu, Hawaii_____NOV 15 2011'_____


MICHAEL JAY GREEN
JOHN D. RAPP
GLENN UESUGI
Attorneys for Plaintiffs


JOHN F. MOLAY
DENNIS K. FERM
Attorneys for Defendant
STATE OF HAWAII

RANDALL K. SCHMITT
JORDON J. KIMURA
Attorneys for Defendant
SCOTT O'NEAL


C. BRYAN FITZGERALD
Attorney for Defendant
SYDNEY DICKERSON


ERIC A. SEITZ
Attorney for Defendant
ROXSANNE TOMITA



**APPROVED AND SO ORDERED:**


NOV 1 7 2011

KEVIN S. C. CHANG
JUDGE OF THE ABOVE ENTITLED COURT